IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-02874-CBS-MEH

T.M., by and through his parents and next friends, KEN MEDINA and LILLIAN MEDINA,
    Plaintiffs,
v.

CHEYENNE MOUNTAIN SCHOOL DISTRICT TWELVE,
    Defendant.

---

### ORDER DISMISSING CIVIL ACTION
---

This civil action comes before the court on the parties' Joint Motion to Dismiss. On December 27, 2013, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 14). The court having reviewed the Motion, the entire case file, and the applicable law and now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Joint Motion to Dismiss (filed March 28, 2014) (Doc. # 28) is GRANTED and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

DATED at Denver, Colorado, this 28th day of March, 2014.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge

1